No. 78–1545.   ZIPES ET AL. *v.* TRANS WORLD AIRLINES, INC.;

No. 78–1549.   TRANS WORLD AIRLINES, INC. *v.* ZIPES ET AL.; and

No. 80–951.   INDEPENDENT FEDERATION OF FLIGHT ATTENDANTS *v.* TRANS WORLD AIRLINES, INC., ET AL.   C. A. 7th Cir.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.   JUSTICE STEVENS took no part in the consideration or decision of these petitions.   Reported below: Nos. 78–1545 and 78–1549, 582 F. 2d 1142; No. 80–951, 630 F. 2d 1164.

No. 80–419.   ARIZONA *v.* MARICOPA COUNTY MEDICAL SOCIETY ET AL.   C. A. 9th Cir.   Motions of The Gray Panthers and The American Association of Retired Persons et al. for leave to file briefs as *amici curiae* granted.   Certiorari granted.

No. 80–518.   U. S. INDUSTRIES/FEDERAL SHEET METAL, INC., ET AL. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL. C. A. D. C. Cir.   Certiorari granted.

No. 80–931.   CHARLES D. BONANNO LINEN SERVICE, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 1st Cir. Certiorari granted.

No. 80–1070.   RIDGWAY ET AL. *v.* RIDGWAY ET AL.   Sup. Jud. Ct. Me.   Motion of respondent Furbush for leave to proceed *in forma pauperis* and certiorari granted.

No. 80–278.   MUNSON, PROSECUTING ATTORNEY FOR THE SIXTH JUDICIAL DISTRICT OF ARKANSAS *v.* WOMACK.   C. A. 8th Cir.   Certiorari denied.